AFFIRM; Opinion issued September 28, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-00666-CR
No. 05-11-00667-CR

**BRANDON DEVON RICHARDSON, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F09-14744-V, F09-14745-V**

## MEMORANDUM OPINION

Before Justices Bridges, Richter, and Lang
Opinion By Justice Bridges

Brandon Devon Richardson waived a jury and pleaded guilty to aggravated kidnapping and aggravated robbery with a deadly weapon, a firearm. The trial court assessed punishment at five and fifteen years' imprisonment, respectively. In two issues, appellant contends the trial court abused its discretion by making a deadly weapon finding in each case. We affirm. The background of the case and the evidence admitted at trial are well known to the parties, and we therefore limit recitation of the facts. We issue this memorandum opinion pursuant to Texas Rule of Appellate Procedure 47.4 because the law to be applied in the case is well settled.

Appellant argues the trial court erred by including deadly weapon findings in the judgments

because there was no evidence he possessed or used a weapon during the commission of the offenses, the trial court did not make deadly weapon findings at the time it sentenced appellant, and the trial court did not enter deadly weapon findings on its docket sheets. The State responds the trial court did not err or abuse its discretion by including deadly weapon findings because the record contains sufficient evidence to support such findings.

When a defendant pleads guilty or nolo contendere, the State must introduce sufficient evidence into the record to support the plea and show the defendant is guilty, and said evidence shall be accepted by the court as the basis for its judgment. *See* TEX. CODE CRIM. PROC. ANN. art. 1.15 (West 2005); *see also Ex parte* Martin, 747 S.W.2d 789, 792–93 (Tex. Crim. App. 1988). We will affirm the trial court's judgment if the evidence introduced embraces every essential element of the offense charged and is sufficient to establish a defendant's guilt. *See Stone v. State*, 919 S.W.2d 424, 427 (Tex. Crim. App. 1996).

The aggravated kidnapping indictment alleged appellant intentionally or knowingly abducted another person; the aggravated robbery indictment alleged appellant intentionally or knowingly, while in the course of committing theft of property, threatened and placed another in fear of imminent bodily injury or death. Each indictment alleged appellant used or exhibited a deadly weapon, a firearm, during the commission of the offense. *See* TEX. PENAL CODE ANN. §§ 20.04(b), 29.02(a)(2), 29.03(a)(2) (West 2011). A deadly weapon means a firearm or anything that in the manner of its use or intended use is capable of causing death or serious bodily injury. TEX. PENAL CODE § 1.07(a)(17). Appellant's judicial confessions that he committed the offenses as alleged in the indictments were admitted into evidence. *See Pitts v. State*, 916 S.W.2d 507, 510 (Tex. Crim. App. 1996) (it is well settled that a judicial confession, standing alone, is sufficient to sustain a conviction upon a guilty plea).

We conclude the trial court did not abuse its discretion by entering an affirmative deadly weapon finding in the judgments. We overrule appellant's points of error.

We affirm the trial court's judgments.



DAVID L. BRIDGES
JUSTICE

Do Not Publish
Tex. R. App. P. 47
110666F.U05



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

BRANDON DEVON RICHARDSON,
Appellant

No. 05-11-00666-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the 292nd Judicial District
Court of Dallas County, Texas. (Tr.Ct.No.
F09-14744-V).
Opinion delivered by Justice Bridges,
Justices Richter and Lang participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered September 28, 2012.

_____
DAVID L. BRIDGES
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BRANDON DEVON RICHARDSON,
Appellant

No. 05-11-00667-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the 292nd Judicial District
Court of Dallas County, Texas. (Tr.Ct.No.
F09-14745-V).
Opinion delivered by Justice Bridges,
Justices Richter and Lang participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered September 28, 2012.

DAVID L. BRIDGES
JUSTICE